UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| **DAVID CHUOL, et. al.,**  <br><br>       **Plaintiffs,**  <br><br>   and  <br><br>**FERMIN CORTEZ, et. al.,**  <br><br>       **Plaintiffs,**  <br>v.  <br><br>**NEBRASKA BEEF, LTD.,**  <br><br>       **Defendant.** | Case No. 8:08-cv-00099  <br><br><br><br><br><br>Case No. 8:08-cv-00090 |

### PLAINTIFFS CHOUL AND CORTEZ'S JOINT MOTION FOR APPOINTMENT OF LEAD COUNSEL

Plaintiffs David Chuol, *et. al.*, and Fermin Cortez, *et. al.*, by and through their respective counsel, hereby file the following Joint Motion for Appointment of Lead Counsel. In support of this Motion, counsel aver:

1. This Court entered an Order dated June 12, 2008, which consolidated the Chuol and Cortez actions, and required Plaintiffs' counsel to submit either joint or separate motions for the appointment of lead counsel by June 26, 2008.

2. Plaintiffs' counsel for both actions met and conferred, and have settled upon a mutually satisfactory arrangement regarding the appointment of lead counsel.

3. Counsels' arrangement will guarantee effective, zealous and efficient representation of all Plaintiffs and putative class members the consolidated action.

4. Plaintiffs' counsel in both Chuol and Cortez respectfully request that this Court appoint

1

Shanon J. Carson, Esq. of Berger & Montague P.C., Todd M. Schneider, Esq. of Schneider, Wallace, Cottrell, Brayton, Konecky, L.L.P., and Phillip A. Downey, Esq. as lead plaintiffs' counsel in the consolidated action against Defendant, Nebraska Beef, LTD.

WHEREFORE, the Chuol and Cortez Plaintiffs respectfully request that this Court grant their Joint Motion for the Appointment of Lead Counsel in the consolidated case against Defendant, Nebraska Beef, LTD.

Dated: June 23, 2008                                    Respectfully submitted,

/s/ Shanon J. Carson

_____
Shanon. J. Carson (admitted pro hac vice)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: 1-800-424-6690
Fax: (215) 875-4604

Todd M. Schneider (admitted pro hac vice)
Carolyn H. Cottrell (admitted pro hac vice)
W.H. "Hank" Willson, IV (admitted pro hac vice)
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94115
Tel: (415) 421-7100
Fax: (415) 421-7105

Philip A. Downey, Esq. (admitted pro hac vice)
P.O. Box 736
Unionville, Pennsylvania 19375
Tel: (610) 324-2848
Fax: (610) 347-1073

Attorneys for Chuol Plaintiffs

/s/Brian P. McCafferty
_____
Brian P. McCafferty, Esq.
KENNY EGAN MCCAFFERTY & YOUNG
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
Tel: (610) 940-9099
Fax: (610) 940-0284
cafstar@aol.com

Michael Hamilton, Esq.
PROVOST UMPHREY LAW FIRM, L.L.P.
One Burton Hills Boulevard, Suite 380
Nashville, TN 37215
Tel: (615) 242-0199
Fax: (615) 256-5922
MHamilton@provostumphrey.com

Attorneys for the Cortez Plaintiffs

James R. Welsh, Esq.
WELSH & WELSH
400 Scoular Bldg
2027 Dodge Street
Omaha, NE 68102
Tel: (866) 546-2853
Fax: (402) 384-8211

Local Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

    I, Shanon J. Carson, hereby certify that a true and correct copy of the foregoing Plaintiffs' Joint Motion for the Appointment of Lead Counsel  has been served on the below counsel of record for the Defendant, Nebraska Beef, LTD., in accordance with the Rules of Civil Procedure via the Court's electronic filing CM/ECF system on June 23, 2008.

    William M. Lamson, Jr., #12374
    William R. Settles, #19879
    Brian J. Brislen, #22226
    LAMSON, DUGAN and MURRAY, LLP
    10306 Regency Parkway Drive
    Omaha, NE 68114-3743
    Telephone: (402) 397-7300
    Telefax: (402) 397-7824
    wml@ldmlaw.com
    wrs@ldmlaw.com
    bjb@ldmlaw.com
    *ATTORNEYS FOR DEFENDANT*
    *NEBRASKA BEEF*

    /s/ Shanon J. Carson