# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FERMIN CORTEZ, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV90 |
| | ) | |
| and | ) | |
| | ) | |
| **DAVID CHUOL, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV99 |
| | ) | |
| vs. | ) | |
| | ) | |
| **NEBRASKA BEEF, LTD. and** | ) | **ORDER** |
| **NEBRASKA BEEF, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiffs' Joint Motion for Appointment of Lead Counsel (Filing No. 21 in case number 8:08CV90, and Filing No. 125 in case number 8:08CV99). Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Joint Motion for Appointment of Lead Counsel (Filing No. 21 in case number 8:08CV90, and Filing No. 125 in case number 8:08CV99) is granted.

2. Shanon J. Carson of Berger & Montague P.C., Todd M. Schneider of Schneider, Wallace, Cottrell, Brayton, Konecky, L.L.P., and Philip A. Downey are hereby appointed lead counsel for the plaintiffs in this consolidated case.

DATED this 24th day of June, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States District Judge