NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FERMIN CORTEZ, et al., | ) | CASE NO. 8:08-CV00090 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NEBRASKA BEEF, INC. and, | ) | |
| NEBRASKA BEEF, LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |
| | ) | |
| DAVID CHUOL, et al., | ) | CASE NO. 8:08-CV00099 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NEBRASKA BEEF, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## DISCLOSURE OF CORPORATE AFFILIATIONS,
## FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and GMAC Commercial Credit

LLC v. Dillard Department Stores, Inc., 357 F.3d 827, 828 (8th Cir. 2004), Nebraska Beef, Inc.,

makes the following disclosures concerning parent companies, subsidiaries, partners, limited

liability entity members and managers, affiliates, and similar entities, as well as unincorporated

associations or similar entities.

[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]

☐   This party is an individual.

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

☐   This party is a publicly held corporation or other publicly held entity.

☐   This party has parent corporations

        If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐   Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

        If yes, identify all such owners:

☐   Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

        If yes, identify all corporations or entities and the nature of their interest:

☐   This party is a limited liability company or limited liability partnership.

        If yes, identify each member of the entity and the member's state of citizenship:

☐   This party is an unincorporated association or entity.

        If yes, identify the members of the entity and their states of citizenship:

**None of the above are applicable to this party. Nebraska Beef, Inc., is a Nebraska Corporation with its principal place of business in Nebraska. It is not publicly held and no publicly held corporation owns 10% or more of its stock.**

Date: September 25, 2008     By:    /s/ Brian J. Brislen
                               William M. Lamson, Jr., #12374
                               William R. Settles, #19879
                               Brian J. Brislen, #22226
                               LAMSON, DUGAN and MURRAY, LLP
                               10306 Regency Parkway Drive
                               Omaha, NE 68114-3743
                               Telephone: (402) 397-7300
                               Telefax: (402) 397-7824
                               wml@ldmlaw.com
                               wrs@ldmlaw.com
                               bjb@ldmlaw.com

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Russell D. Henkin
Jonathan D. Berger
Shanon J. Carson
James A. Wells
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
-and-

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

      Todd M. Schneider
      Carolyn H. Cottrell
      W.H. Willson
      SCHNEIDER WALLACE
      180 Montgomery Street, Suite 2000
      San Francisco, CA 94104
      -and-
      Philip A. Downey
      1555 Embreeville Road
      P.O. Box 736
      Unionville, PA 19375
      -and-
      Christopher P. Welsh
      WELSH & WELSH, P.C., L.L.O.
      2027 Dodge Street, Suite 400
      Omaha, NE 68102
      *ATTORNEYS FOR PLAINTIFFS*

                /s/ Brian J. Brislen