THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FERMIN CORTEZ, et al.,             )<br>                                                            )<br>            Plaintiffs,             )<br>                                                            )<br>    vs.                                              )<br>                                                            )<br>NEBRASKA BEEF, INC. and,     )<br>NEBRASKA BEEF, LTD.,           )<br>                                                            )<br>            Defendants.              )<br>_____     )<br>                                                            )<br>DAVID CHUOL, et al.,                )<br>                                                            )<br>            Plaintiffs,              )<br>                                                            )<br>    vs.                                              )<br>                                                            )<br>NEBRASKA BEEF, LTD.,            )<br>                                                            )<br>            Defendant.              )  | 8:08CV90<br><br><br><br><br>ORDER<br><br><br>8:08CV99 |

This matter is before the court on the Stipulated Motion of the Parties (Filing No. 50 in Case 8:08CV90; Filing No. 153 in Case 8:08CV99). Upon consideration,

**IT IS ORDERED:**

1. The Stipulated Motion of the Parties (Filing No. 50 in Case 8:08CV90; Filing No. 153 in Case 8:08CV99) is granted.

2. The shortened form of radio Notice attached to the Stipulation (Filing No. 50 in Case 8:08CV90; Filing No. 153 in Case 8:08CV99) as Exhibit A for use in connection with the notice process in this case is hereby approved.

DATED this 18th of March, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge