IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FERMIN CORTEZ, et al.,** | ) | |
| Plaintiffs, | ) | 8:08CV90 |
| and | ) | |
| **DAVID CHUOL, et al.,** | ) | |
| Plaintiffs, | ) | 8:08CV99 |
| vs. | ) | |
| | ) | ORDER |
| **NEBRASKA BEEF, LTD., and NEBRASKA BEEF, INC.,** | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' stipulated motion regarding deadlines for expert disclosure and reports (Filing No. 105 in 8:08CV90; Filing No. 207 in 8:08CV99). Upon consideration,

**IT IS ORDERED:**

1. The parties' stipulated motion regarding deadlines for expert disclosure and reports (Filing No. 105 in 8:08CV90; Filing No. 207 in 8:08CV99) is granted.

2. All of the plaintiffs' experts and expert reports shall be served **no later than August 21, 2009**. All of the defendants' experts and expert reports shall be served **no later than October 23, 2009**.

DATED this 5th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge