# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FERMIN CORTEZ, et. al,** | ) | |
| | ) | |
| Plaintiffs, | ) | **8:08CV90** |
| and | ) | |
| | ) | |
| **DAVID CHUOL, et. al** | ) | **8:08CV99** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **NEBRASKA BEEF, LTD.,** | ) | |
| **NEBRASKA BEEF, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint stipulated motion (Filing No. 214 in Case No. 08CV90; Filing No. 319 in Case No. 08CV99).  It is hereby ordered:

1. The parties shall exchange their list of Trial Exhibits by **May 11, 2010**, following the instructions set forth in the Court's Second Amended Order Setting Final Schedule for Progression of Case, dated November 25, 2009;

2. All motions in limine (other than those challenging the admissibility of expert testimony) shall be filed by **May 14, 2010**; and

3. The Final Pretrial Conference shall take place on **Thursday, May 27, 2010 at 1:30 p.m.**

DATED this 29th day of April, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge