THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FERMIN CORTEZ, et al., ) | CASE NO. 8:08-CV00090 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| NEBRASKA BEEF, INC. and, ) | |
| NEBRASKA BEEF, LTD., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| DAVID CHUOL, et al., ) | CASE NO. 8:08-CV00099 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| NEBRASKA BEEF, LTD., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

COMES NOW Defendants, Nebraska Beef, Inc. and Nebraska Beef, Ltd., and hereby provide notice that on this 12th day of January, 2011, they served by electronic mail Defendants' Amended Response to Plaintiffs' Second Request for Production of Documents, Nos. 55 (sic), 57, 63 and 64 on the following:

> Russell D. Henkin
> Shanon J. Carson
> BERGER & MONTAGUE, P.C.
> 1622 Locust Street
> Philadelphia, PA 19103

Carolyn H. Cottrell
Todd Schneider
Michael D. Thomas
SCHNEIDER WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

Philip A. Downey
1555 Embreeville Road
P.O. Box 736
Unionville, PA 19375

Christopher P. Welsh
WELSH & WELSH, P.C., L.L.O.
9290 West Dodge Road, Suite 100 The Mark
Omaha, NE 68102

DATED this 12th day of January, 2011.

        NEBRASKA BEEF, INC., and NEBRASKA
        BEEF, LTD., Defendants,

By:   /s/William M. Lamson, Jr.
      William M. Lamson, Jr., #12374
      William R. Settles, #19879
      Brian J. Brislen, #22226
      LAMSON, DUGAN and MURRAY, LLP
      10306 Regency Parkway Drive
      Omaha, NE 68114-3743
      Telephone: (402) 397-7300
      Telefax: (402) 397-7824
      wml@ldmlaw.com
      wrs@ldmlaw.com
      bjb@ldmlaw.com
      *ATTORNEYS FOR DEFENDANTS*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of January, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Russell D. Henkin
Shanon J. Carson
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Carolyn H. Cottrell
Todd Schneider
Michael D. Thomas
SCHNEIDER WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

Philip A. Downey
1555 Embreeville Road
P.O. Box 736
Unionville, PA 19375

Christopher P. Welsh
WELSH & WELSH, P.C., L.L.O.
9290 West Dodge Road, Suite 100 The Mark
Omaha, NE 68102

/s/William M. Lamson, Jr.

#465494v2