IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FERMIN CORTEZ, on behalf of themselves and all other similarly situated individuals, et al., | ) ) ) ) | 8:08CV90 |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| NEBRASKA BEEF, INC.,  and NEBRASKA BEEF, LTD., | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| DAVID CHUOL, on behalf of himself and all other similarly situated individuals, | ) ) ) ) | 8:08CV99 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| NEBRASKA BEEF, Ltd., | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the court on the plaintiffs' oral motion for a continuance or, in the alternative, to exclude evidence.  After a telephonic hearing with counsel for the plaintiffs and defendants on January 18, 2011, the court finds the motion should be granted and the progression order modified accordingly.

IT IS ORDERED:

1.  Trial of this matter is continued to **May 2, 2011, at 8:30 a.m.** in Courtroom No.

3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2.  The parties' amended expert designations and reports are due by February 14, 2011; counterdesignations are due by February 21, 2011.

3.  Depositions are to be completed by March 14, 2011.

4.  The parties' final lists of lay witnesses are due by March 14, 2011.

5.  The parties' final exhibit lists are due by March 21, 2011.

6.  A final pretrial conference is set before the undersigned on April 11, 2011, at 9:00 a.m. in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 19th day of January, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge