IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FERMIN CORTEZ,** *et al.*, | ) | Case No.: 8:08-CV00090 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **DAVID CHUOL,** *et al.*, | ) | Case No.: 8:08-CV00099 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER GRANTING EXEMPTION** |
| vs. | ) | **PURSUANT TO NEBRASKA** |
| | ) | **GENERAL RULE 1.6(K) TO PERMIT** |
| **NEBRASKA BEEF, LTD.** and | ) | **CLASS MEMBERS TO ENTER THE** |
| **NEBRASKA BEEF, INC.,** | ) | **COURTHOUSE WITHOUT "VALID** |
| | ) | **PHOTO ID"** |
| Defendants. | ) | |

## ORDER

This parties and their attorneys of record appeared before the Court on April 11, 2011 at a pretrial conference to establish trial details and to schedule and solidify trial deadlines. One issue discussed at the pretrial conference was the process by which class members directly involved in or otherwise attending the trial may enter the courthouse even if they lack the "valid photo ID" required by Nebraska General Rule 1.6(b).

IT IS HEREBY ORDERED:

Nebraska General Rules 1.6(b) mandates that persons entering the United Stated District Court for the District of Nebraska may be required to show a marshal or other United States District Court security officers a valid photo ID to enter the courthouse. However, Nebraska General Rule 1.6(k) permits an exemption from the requirement of Nebraska General Rule 1.6(b) that presentation of a "valid photo ID" may be necessary to enter the courthouse.

To the extent that certain class members in the above-captioned matter, including named Plaintiffs, may be called to testify as trial witnesses or will otherwise attend trial, but do not possess the "valid photo ID" required by Nebraska General Rule 1.6(b), they will nonetheless be permitted to enter the courthouse if they are escorted by Plaintiffs' Counsel. A list of potential trial witnesses, named Plaintiffs and those who may attend the trial, who may not have "valid photo ID", are attached hereto as **Exhibit "A"**.

The Court hereby orders that, pursuant to Nebraska General Rule 1.6(k), those class members and named Plaintiffs lacking a "valid photo ID" are exempted from Nebraska General Rule 1.6(b) and will be permitted to enter the courthouse, if they are escorted by one or more of the following individuals:

- Shanon J. Carson, Esq.
- Carolyn H. Cottrell, Esq.
- Philip A. Downey, Esq.
- Sarah Schalman-Bergen, Esq.
- Todd M. Schneider, Esq.
- Michael D. Thomas, Esq.
- Christopher P. Welsh, Esq.
- James R. Welsh, Esq.

IT IS SO ORDERED this 15th day of April, 2011.

BY THE COURT

*s/ Joseph F. Bataillon*
United States Chief Judge

**EXHIBIT "A"**

**List Of Potential Trial Witnesses, Named Plaintiffs And Those Who May Attend The Trial, Who May Not Have "Valid Photo ID"**

1. Marcos Aguilera
2. Bonnie Albers
3. Jose Becerra
4. Floyd Brown
5. Norm Carr
6. David Chuol
7. Ron Cooper
8. Fermin Cortez
9. Ivan Duke
10. Michael Funkhauser
11. Jerome Green
12. Jose Guardardo
13. George Gulley
14. Perry James
15. David Jimenez
16. Jesus Jimenez
17. Lorenzo Jimenez
18. Javier Moreno Lopez
19. Jorge Contreras Lopez
20. Bryan McNeil
21. Franklin Menrad
22. Elias Munoz
23. Jaime Perez
24. Antonio Ramos
25. Mercedes Rivera
26. Ines Soltero
27. Ladell Thornton
28. Isaac Valencia
29. Dennis Wynne
30. Lilia Zaragoza