IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FERMIN CORTEZ, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV90 |
| | ) | |
| and | ) | |
| | ) | |
| **DAVID CHUOL, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV99 |
| | ) | |
| vs. | ) | |
| | ) | |
| **NEBRASKA BEEF, LTD.** and | ) | ORDER |
| **NEBRASKA BEEF, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge on December 19, 2011, by Carolyn H. Cottrell, counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before January 20, 2012**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. All pending motions are terminated upon the representation that this case is settled.

DATED this 19th day of December, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge