IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FERMIN CORTEZ, et al., on behalf of himself and all other similarly situated individuals; | ) ) ) ) | 8:08CV90 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| NEBRASKA BEEF, INC., NEBRASKA BEEF, LTD. | ) ) ) | |
| Defendants. | ) | |
| DAVID CHUOL, et al., on behalf of himself and all other similarly situated individuals; | ) ) ) ) | 8:08CV99 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| NEBRASKA BEEF, LTD. | ) ) | |
| Defendant. | ) | |

Pursuant to the Declaration of Stacy Roe Regarding Request for Approval of Payment for Additional and Unanticipated Settlement Administration Costs and Disbursement of the Remainder to *Cy Pres* [*Cortez* Doc. No. 397; *Chuol* Doc. No. 512], the Court orders the following:

1. The claims administrator's request to be paid $27,825.52 from the hold-back fund for unanticipated Settlement Administration costs incurred by Rust through August 2013 is approved.

2

      2.      The hold-back fund, with a current balance of $41,795.67, will be used to compensate the claims administrator for its unanticipated costs of $27,825.52.

      3.      Following payment to the claims administrator, the balance remaining in the hold-back fund shall be dispersed to the *cy pres* recipient as provided for in the Settlement Agreement.

IT IS SO ORDERED.

Dated this 13th day of February, 2014

                                 BY THE COURT:

                                 s/ Joseph F. Bataillon
                                 United States District Judge